# United States of America
## United States Patent and Trademark Office

# PRIZE
## *Wheel*

**Reg. No. 4,350,994**  
**Registered June 11, 2013**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

GRAND PRIZE NETWORK, LLC (NEVADA LIMITED LIABILITY COMPANY)  
2360 CORPORATE CIRCLE SUITE 400  
HENDERSON, NV 89074

FOR: COMPUTER GAME SOFTWARE AND ENTERTAINMENT SOFTWARE IN THE NATURE OF COMPUTER GAMES FOR USE ON MOBILE AND CELLULAR PHONES, TABLETS, HANDHELD COMPUTERS, COMPUTERS, VIDEO GAME CONSOLES, BOTH HANDHELD AND FREE STANDING, AND OTHER WIRELESS POS (POINT OF SERVICE) DEVICES; DOWNLOADABLE COMPUTER GAME SOFTWARE; COMPUTER SOFTWARE FOR USE IN GAMING MACHINES INCLUDING DOWNLOADABLE COMPUTER SOFTWARE FOR USE IN GAMING MACHINES, INTERACTIVE VIDEO GAME PROGRAMS; DOWN-LOADABLE ELECTRONIC GAME PROGRAMS AND DOWNLOADABLE COMPUTER SOFTWARE PLATFORMS THAT MAY BE DOWNLOADED FROM THE INTERNET, NAMELY, GAME SOFTWARE FOR GIVING AWAY PRIZES TO GAME SOFTWARE USERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 2-1-2012; IN COMMERCE 4-8-2012.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PRIZE", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE WORD "PRIZE" IN BOLD CAPITAL LETTERS, AND THE WORD "WHEEL" IN SCRIPT LETTERING.

SN 85-490,689, FILED 12-8-2011.

DAVID ELTON, EXAMINING ATTORNEY



*Acting Director of the United States Patent and Trademark Office*