

COPYRIGHT HOME

Home | ✏ | My Profile | Contact Us | Help | Log Out |

## Registration

| | |
|---|---|
| 1st Prev. Reg. #: | Year |
| 2nd Prev. Reg. #: | Year |

| Text | Text |
|---|---|
| Artwork | Editing |
| Photograph | Artwork |
| Computer Program | Compilation |
| Other | Photographs |
| | Computer Program |
| | Other |

## Rights & Permissions

| | |
|---|---|
| First Name: | Jerald |
| Middle Name: | |
| Last Name: | Stuart |
| Email: | greg@grandprizenetwork.com |
| Phone: | |
| Alternate Phone: | |

| | |
|---|---|
| Organization Name: | Grand Prize Network LLC |
| Address 1: | 2360 Corporate Circle, Suite 400 |
| Address 2: | |
| City: | Henderson |
| State: | NV |
| Postal Code: | 89074 |
| Country: | United States |

## Correspondent

| | |
|---|---|
| First Name: | Christopher |
| Middle Name: | |
| Last Name: | Day |
| Email: | chris@daylawfirm.com |
| Phone: | (602) 258-4440 |
| Alternate Phone: | |
| Fax: | (602) 258-4441 |

| | |
|---|---|
| Organization Name: | Law Office of Christopher Day |
| Address 1: | 9977 North 90th Street, Suite 155 |
| Address 2: | |
| City: | Scottsdale |
| State: | AZ |
| Postal Code: | 85258 |
| Country: | United States |

## Mail Certificate

| | |
|---|---|
| First Name: | Christopher |
| Middle Name: | |
| Last Name: | Day |

| | |
|---|---|
| Organization Name: | Law Office of Christopher Day |
| Address 1: | 9977 North 90th Street, Suite 155 |
| Address 2: | |
| City: | Scottsdale |
| State: | AZ |
| Postal Code: | 85258 |
| Country: | United States |

## Certification

| | |
|---|---|
| Name: | Jerald Stuart |
| Certified: | ✓ |
| Special Handling: | |
| Applicant's Internal Tracking Number: | |
| Note to Copyright Office: | |



# GRAND PRIZE NETWORK™

## PRIZE WHEEL APP SWEEPSTAKES

## OFFICIAL RULES

The following Official Rules apply to all Grand Prize Network Prize Wheel promotional drawings (each a "Prize Wheel Sweepstakes"). Each Prize Wheel Sweepstakes is separate and has its own entry dates and prizes. See the prize details page in the Prize Wheel App or at http://www.grandprizenetwork.com/prizelist.html (the "Prize Details Page") for specifics about dates and prize(s) for each Prize Wheel Sweepstakes.

NO PURCHASE OR PAYMENT OF ANY KIND IS NECESSARY TO ENTER OR WIN ANY SWEEPSTAKES. A PURCHASE WILL NOT INCREASE YOUR CHANCES OF WINNING IN ANY SWEEPSTAKES.

ELIGIBILITY: Only legal residents of the fifty (50) United States, D.C., and Canada (excluding Quebec) 13 years of age or older, are eligible to enter. If you are over 13, but still a minor under the laws of your place of residence, you must get permission from a parent or legal guardian before entering, and by entering you confirm that you have done so. Consent may be verified for any potential winner who is a minor. Drawings are not open to employees, officers or directors --or to members of the immediate family or household of any of the foregoing-- of Grand Prize Network, LLC ("Sponsor"), or any of its parents, subsidiaries, affiliates, or any advertising or promotion agencies involved in this Prize Wheel Sweepstakes promotion (collectively, the "Prize Wheel Sweepstakes Entities"). Each Prize Wheel Sweepstakes is subject to all applicable laws. Void in the Province of Quebec and where prohibited.

SWEEPSTAKES PERIOD: The start and end dates and times for each Prize Wheel Sweepstakes are listed on the prize details page for that Prize Wheel Sweepstakes. The Sponsor's database computer is the official time-keeping device for each Prize Wheel Sweepstakes. In the event of any discrepancy between these Official Rules and the Prize Wheel Sweepstakes-specific information on the prize details page for any particular Prize Wheel Sweepstakes, the terms of these Official Rules will govern.

HOW TO ENTER: Prize Wheel Sweepstakes are available only through the Grand Prize Network Prize Wheel app (the "Prize Wheel App"), accessible via iPhone, iPod Touch, iPad or Android device with Internet access. The Prize Wheel App is totally free to download and use. To enter, spin the Prize Wheel on the Prize Wheel App to determine which prize you can enter to win. You are eligible to enter the Prize Wheel Sweepstakes for the prize you land on. The entry and drawing dates and prize details for the prize you land on are accessible on the prize details page.

After you land on a prize on the Prize Wheel, follow the instructions to submit all required information to complete your entry into the Prize Wheel Sweepstakes for that prize. You may be asked to supply an optional mobile phone number to receive Prize Wheel Sweepstakes notifications via text message if you are selected as a potential winner. You may also be given the opportunity to elect to receive email messages from Sponsor and/or its promotional partners. The decisions whether to supply a mobile phone number or to join the Grand Prize Network mailing list to receive email messages are optional and will not affect your chances of winning in any Prize Wheel Sweepstakes.

Entry into each Prize Wheel Sweepstakes is separate. Entry into one Prize Wheel Sweepstakes does not enter you into any other Prize Wheel Sweepstakes. You may submit an entry each time you spin the Prize Wheel and land on a prize. The entry you submit will be for the Prize Wheel Sweepstakes corresponding to the prize you landed on. The Prize Wheel is normally available for one (1) spin per user in any three-hour period. During that period the Prize Wheel App might display a message offering to a person who has already spun the option to unlock the wheel. If such a message appears, the entrant may click the button, watch a short advertisement, or install a free recommended application and then spin again. The number of bonus-spin opportunities available at any time depends on the particular advertisements and/or free recommended applications, if any, available for viewing and/or download at that time. Any attempt by a person to enter more than the allotted number of times by any method deemed inappropriate by Sponsor, including but not limited to use of any script, macro or any other automated device or system to submit entries, may result in disqualification from any or all Prize Wheel Sweepstakes at the discretion of the Sponsor. For some Prize Wheel Sweepstakes, a maximum may apply to the total number of entries that will be accepted; if such a limit applies, it will be listed on the Prize Details Page for that Prize Wheel Sweepstakes.

DRAWING AND WINNER NOTIFICATION: The winner(s) in each Prize Wheel Sweepstakes drawing will be randomly selected from all eligible entries received for that Prize Wheel Sweepstakes during the eligible dates listed on the for that Prize Wheel Sweepstakes. The entry dates, as well as the date for the drawing for each Prize Wheel Sweepstakes, are listed on the Prize Details Page. By entering any Prize Wheel Sweepstakes, you agree to be bound by the terms of these Official Rules and all decisions of the judges, which are final and binding in all matters relating to the Prize Wheel Sweepstakes.

The potential winner(s) in each Prize Wheel Sweepstakes will be notified by email and/or SMS text message (if elected at the time of entry) within approximately 3 days after the drawing occurs for that Prize Wheel Sweepstakes. No liability is assumed for any winner notification that is lost, intercepted or not received by a potential winner for any reason. If a potential winner does not respond within 48 hours after the first notification attempt, or if the prize notification is returned as unclaimed or undeliverable to such potential winner, such potential winner may be disqualified and an alternate winner may be selected.

If any potential winner is found to be ineligible, or if he or she has not complied with these Official Rules or declines a prize for any reason prior to award, such potential winner will be disqualified and an alternate winner may be selected.

PRIZES/ODDS: The prize(s) available in any Prize Wheel Sweepstakes are listed on the Prize Details Page for that Prize Wheel Sweepstakes. No cash alternative or prize substitutions will be allowed, except in Sponsor's discretion; Sponsor may award a substitute of comparable or greater value if any prize listed becomes unavailable for any reason. Odds of winning in any Prize Wheel Sweepstakes depend on the number of eligible entries received for that Prize Wheel Sweepstakes; provided that, if a particular Prize Wheel Sweepstakes has a maximum limit on the number of entries to be accepted, such limit will be disclosed on the Prize Details Page for that Prize Wheel Sweepstakes, and the odds for that Prize Wheel Sweepstakes will be no worse than the disclosed maximum number of entries divided by the number of available prizes.

GENERAL PRIZE CONDITIONS: Winners are responsible for all federal, state and/or local taxes, and for any other fees or costs associated with acceptance or use of any prize. Each potential winner may be required to execute an Affidavit of Eligibility, a Liability Release, and (where legal) a Publicity Release (collectively, "Prize Claim Documents"). If a winner is not of legal age of majority

in his or her state of residence, at Sponsor's option, the applicable prize either may be awarded in the name of parent or legal guardian of winner, or parent or legal guardian of winner may be required to ratify and sign all Prize Claim Documents. Any gift card prize is subject to the standard terms for such card from the issuer of the card. Each Prize Wheel Sweepstakes is offered solely by Sponsor; the makers and sellers of any listed prize in any Prize Wheel Sweepstakes are not associated in any way with any Prize Wheel Sweepstakes.

GENERAL PROVISIONS: Acceptance of a prize constitutes winner's permission for Sponsor to use winner's name, photograph, likeness, voice, biographical information, statements and address (city and state) for advertising and/or publicity purposes worldwide and in all forms of media now known or hereafter developed, in perpetuity, without further compensation except where prohibited by law. Entrants (and any minor entrant's parent or legal guardian) agree that the Prize Wheel Sweepstakes Entities (A) shall not be responsible or liable for, and are hereby released from, any and all costs, injuries, losses or damages of any kind, including, without limitation, death and bodily injury, due in whole or in part, directly or indirectly, to participation in any Prize Wheel Sweepstakes or any Prize Wheel Sweepstakes-related activity, or from entrants' acceptance, receipt, possession and/or use or misuse of any prize, and (B) have not made any warranty, representation or guarantee express or implied, in fact or in law, with respect to any prize, including, without limitation, to such prize's quality or fitness for a particular purpose.

No responsibility is assumed for any damage to an entrant's computer system or mobile device which is occasioned by accessing the Prize Wheel Prize Wheel App or otherwise participating in any Prize Wheel Sweepstakes, or for any computer system, phone line, hardware, software or program malfunctions, or other errors, failures or delays. Without limiting the generality of the foregoing, no responsibility is assumed for incomplete, illegible, misdirected, misprinted, late, lost, damaged, stolen, or postage-due entries, submissions or prize notifications, all of which are void; or for lost, interrupted, inaccessible or unavailable networks, servers, satellites, Internet service providers, websites, or other connections; or for miscommunications, failed, jumbled, scrambled, delayed, or misdirected computer, telephone or cable transmissions; or for any technical malfunctions, failures, difficulties or other errors of any kind or nature; or for the incorrect or inaccurate capture of information, or the failure to capture any information.

Sponsor reserves the right in its sole discretion to disqualify any individual who is found to be tampering with the entry process or the operation of any Prize Wheel Sweepstakes or the Prize Wheel App, to be acting in violation of these Official Rules, or to be acting in an unsportsmanlike or disruptive manner, or with the intent to disrupt or undermine the legitimate operation of any Prize Wheel Sweepstakes, or to annoy, abuse, threaten or harass any other person, and Sponsor reserves the right to seek damages and other remedies from any such person to the fullest extent permitted by law. No mechanically reproduced, illegible, incomplete, forged, software-generated or other automated multiple entries will be accepted.

In the event of a dispute as to the identity of an entrant, the entry will be deemed submitted by the authorized account holder of the e-mail account submitted with the entry, provided such account holder must still meet the eligibility requirements for the Prize Wheel Sweepstakes. The authorized account holder shall be the natural person to whom the applicable email address has been assigned by the Internet access provider, service provider, or other online organization responsible for assigning e-mail addresses for the domain associated with the submitted e-mail address.

Sponsor reserves the right to modify, extend, suspend, or terminate any Prize Wheel Sweepstakes, in whole or in part, if it determines, in its sole discretion, that the Prize Wheel Sweepstakes is technically

impaired or corrupted or that fraud or technical problems, failures or malfunctions or other unintended circumstances have impaired the integrity, administration, security, proper play and/or feasibility of the Prize Wheel Sweepstakes as contemplated herein. If the Prize Wheel Sweepstakes is terminated before the designated end date, Sponsor will (if possible) select winners in a random drawing from all eligible, non-suspect entries unaffected by the problem. Inclusion in such drawing shall be each entrant's sole and exclusive remedy in such circumstances.

Only the type and quantity of prizes described on the Prize Details Page for a Prize Wheel Sweepstakes will be awarded in that Prize Wheel Sweepstakes. If, for any reason, more bona fide winners come forward seeking to claim prizes in excess of such number of prizes, the winners, or remaining winners, as the case may be, of the advertised number of prizes available in the prize category in question will be selected in a random drawing from among all persons making purportedly valid claims for such prize(s). Inclusion in such drawing shall be each entrant's sole and exclusive remedy in such circumstances. By entering any Prize Wheel Sweepstakes, you agree that (i) any and all disputes, claims, and causes of action arising out of or in connection with the Prize Wheel Sweepstakes, or any prize awarded, shall be resolved individually without resort to any form of class action; (ii) any claims, judgments and awards shall be limited to reasonable and actual out-of-pocket costs incurred, including costs associated with entering the Prize Wheel Sweepstakes, but in no event attorney's fees; and (iii) under no circumstances will any entrant be permitted to obtain any award for, and entrant hereby waives all rights to claim, punitive, incidental, indirect or consequential damages and any and all rights to have damages multiplied or otherwise increased and any other damages, other than damages for reasonable and actual out-of-pocket expenses. These rules and any disputes relating hereto are governed by the internal laws of the State of Nevada, without regard to principles of conflicts of laws, and by entering you consent to the exclusive jurisdiction of the state and federal courts in Clark County, Nevada, for resolution of any disputes relating to any Prize Wheel Sweepstakes and waive any objection thereto.

PRIVACY: Any information you submit is subject to Sponsor's Privacy Policy, which can also be viewed at http://grandprizenetwork.com/privacy.html.

WINNERS' LIST: The winner(s) in each Prize Wheel Sweepstakes, available approximately 10 days after the scheduled drawing date for each Prize Wheel Sweepstakes, will be posted online at http://grandprizenetwork.com/winners.html or in the App.

SPONSOR: Grand Prize Network, LLC, 2360 Corporate Circle Suite 400 Henderson, NV 89074.

FOR CANADA RESIDENTS: If any potential winner is a resident of Canada, he/she must correctly answer a time-limited, skill-testing question to be administered by telephone or SMS Text Message at a time designated by Sponsor. Any personally identifiable information you submit in connection with the Sweepstakes will be used only to administer the Sweepstakes or as you otherwise expressly consent or as required by law.

No Prize Wheel Sweepstakes is in any way sponsored, endorsed or administered by, or associated with, Apple, Google, Android or the maker or seller of any listed prize.