| | |
|---|---|
| NAOMI JANE GRAY (SBN 230171) | FRITZ CLAPP (SBN 99197) |
| JANE A. LEVICH (SBN 293299) | Attorney at Law |
| HARVEY SISKIND LLP | P.O. Box 2517 |
| Four Embarcadero Center, 39th Floor | Beverly Hills, CA 90213 |
| San Francisco, California 94111 | Telephone: (888) 292-5784 |
| Telephone: (415) 354-0100 | Facsimile: (888) 467-2341 |
| Facsimile: (415) 391-7124 | mail@fritzclapp.com |
| ngray@harveysiskind.com | |
| jlevich@harveysiskind.com | |
| | |
| Attorneys for Defendant | Attorney for Plaintiff |
| IDDICTION, INC. | GRAND PRIZE NETWORK, LLC |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| GRAND PRIZE NETWORK, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>IDDICTION, INC.,<br>and DOES 1 through 10,<br><br>          Defendants. | CASE NO. C 14-4384 NC<br><br>**STIPULATION AND [~~PROPOSED~~]**<br>**ORDER CONTINUING CASE**<br>**MANAGEMENT CONFERENCE**<br> AS MODIFIED |

STIPULATION AND [~~PROPOSED~~ ORDER] CONTINUING          CASE NO. C 14-4384 NC
CASE MANAGEMENT CONFERENCE

1  WHEREAS the Initial Case Management Conference in this matter has been continued to
2  January 7, 2015 (Dkt. No. 13);
3  WHEREAS Counsel for Defendant and Counterclaim Plaintiff Iddiction, Inc. ("Iddiction") will
4  be unavailable due to business commitments on January 7, 2015, and January 14, 2015;
5  THEREFORE, subject to the Court's approval, Plaintiff Grand Prize Network, LLC ("GPN")
6  and Iddiction (collectively, "the Parties") hereby stipulate and agree to continue the Initial Case
7  Management Conference to January 21, 2015, or the Court's next available date thereafter.

9  Dated:  December 10, 2014            HARVEY SISKIND LLP
                                        NAOMI JANE GRAY
10                                      JANE A. LEVICH

12                                      By: _____/s/_____
                                              Naomi Jane Gray

                                        Attorneys for Defendant
14                                      IDDICTION, INC.

17  Dated:  December 10, 2014            FRITZ CLAPP

19                                       By: _____/s/_____
                                               Fritz Clapp

                                         Attorney for Plaintiff
21                                       GRAND PRIZE NETWORK, LLC

23  I, Naomi J. Gray, am the ECF User whose identification and password are being used to file
24  this document.  Pursuant to Civil Local Rule 5-1, I hereby attest that counsel for Defendant has
25  concurred in this filing.

                                         _____/s/_____
27                                             Naomi Jane Gray

28
-1-
STIPULATION AND [~~PROPOSED~~ ORDER] CONTINUING                    CASE NO. C 14-4384 NC
CASE MANAGEMENT CONFERENCE

1  **[PROPOSED] ORDER**

2  The Initial Case Management Conference is continued to _____January 21_____, 2015, at 10:00am
3  in Courtroom 7, 4th Floor, San Jose Courthouse. A joint case management statement is due January 14.
4  The parties are reminded to file their consent or declination by the same date.

5
6  **IT IS SO ORDERED**_____
   NATHANAEL M. COUSINS
7  UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED AS MODIFIED*
*Judge Nathanael M. Cousins*

-2-

STIPULATION AND [PROPOSED ORDER] CONTINUING          CASE NO. C 14-4384 NC
CASE MANAGEMENT CONFERENCE