1  FRITZ CLAPP   (Bar No. 99197)
   Attorney at Law
2  P.O. Box 2517
   Beverly Hills, CA  90213
3  Telephone:   888-292-5784
   Facsimile:    888-467-2341
4  E-mail:        mail@fritzclapp.com
   Attorney for Plaintiff and Counter-Defendant
5  GRAND PRIZE NETWORK, LLC

6  HARVEY SISKIND LLP
   NAOMI JANE GRAY (SBN 230171)
7  Four Embarcadero Center, 39th Floor
   San Francisco, California 94111
8  Telephone:   (415) 354-0100
   Facsimile:    (415) 391-7124
9  E-mail:        ngray@harveysiskind.com
   Attorneys for Defendant and Counterclaimant
10 IDDICTION, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GRAND PRIZE NETWORK, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**IDDICTION, INC.,**<br>**and DOES 1 through 10,**<br><br>Defendants. | Case No.  3:14-cv-4384-NC<br><br><br><br>**STIPULATION RE DISMISSAL OF ACTION WITH PREJUDICE; ORDER** |
| **IDDICTION, INC.,**<br><br>Counterclaimant,<br><br>v.<br><br>**GRAND PRIZE NETWORK, LLC**,<br><br>Counter-Defendant. | |

It is hereby stipulated by and between Plaintiff/Counter-Defendant Grand Prize Network LLC, and Defendant/Counterclaimant Iddiction, Inc., through their respective

1  attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with
2  prejudice. Each party shall bear its own fees and costs.
3  Dated: May 26, 2015                              FRITZ CLAPP

*[signature]*

By: Fritz Clapp
Attorney for Plaintiff/Counter-Defendant
GRAND PRIZE NETWORK, LLC

HARVEY SISKIND LLP

/s/
By: Naomi Jane Gray
Attorneys for Defendant/Counter-Claimant
IDDICTION, INC.

## ORDER

IT IS HEREBY ORDERED that this action be dismissed in its entirety with prejudice, with each party to bear its own costs and attorneys' fees incurred in connection therewith.

Dated: May 26, 2015

Nathanael M. Cousins
United States Magistrate Judge

*[Stamp: GRANTED — Judge Nathanael M. Cousins — United States District Court, Northern District of California]*